
FILED
AUG 0 7 2018
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                    DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>VINCENT TARNEY,<br><br>　　　　Defendant. | Case No. 18cr03469-GPC<br><br>I N F O R M A T I O N<br><br>Title 18, U.S.C., Secs. 1037(a)(5) and (b)(2)(E) – Conspiracy to Commit Fraud in Relation to Electronic Mail; Title 18, U.S.C., Sec. 1037(c)(1)(A), Title 28, U.S.C., Sec. 2461(c) – Criminal Forfeiture |

The United States Attorney charges:

Count 1

Beginning on or about late 2010, and continuing up to and including on or about late 2013, within the Southern District of California and elsewhere, defendant Vincent Tarney knowingly and intentionally conspired and agreed with others known and unknown, in a manner affecting interstate and foreign commerce, to knowingly falsely represent oneself to be the registrant or the legitimate successor in interest of the registrant of five or more Internet Protocol addresses, and intentionally initiate the transmission of multiple commercial electronic mail messages from such addresses, and as a result of said

conduct, obtain anything of value aggregating $5,000 or more during any 1-year period.

All in violation of Title 18, United States Code, Sections 1037(a)(5) and (b)(2)(E).

## Forfeiture Allegations

Upon conviction of the felony offense alleged in Count 1 of this Information and pursuant to Title 18, United States Code, Section 1037(c)(1)(A), Title 28, United States Code, Section 2461(c), and Rule 32.2, Federal Rules of Criminal Procedure, defendant Vincent Tarney shall forfeit to the United States any property, real or personal, which constitutes or was derived from proceeds traceable to such violation.

If any of the above-described forfeited property, as a result of any act or omission of Defendant Vincent Tarney, cannot be located upon the exercise of due diligence; has been transferred or sold to, or deposited with, a third person; has been placed beyond the jurisdiction of the Court; has been substantially diminished in value; or has been commingled with other property which cannot be subdivided without difficulty; it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), made applicable herein by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendant up to the value of the property described above subject to forfeiture.

DATED: Aug. 1, 2018.

ADAM L. BRAVERMAN
United States Attorney

ROBERT CIAFFA
Assistant U.S. Attorney

2