FILED
AUG 07 2018
CLERK US DISTRICT CC
SOUTHERN DISTRICT OF CA
BY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

VINCENT TARNEY,

    Defendant.

Case No. 18cr03469-GPC

**NOTICE OF RELATED CASE**

Please take notice that the above-entitled case is related to *United States v. Daniel Dye*, Case No. 18CR0822-GPC, pursuant to Local Rule 57.2.1, Related Cases. The United States Attorney certifies the cases are related for the following reason(s):

\_\_\_\_\_ (1) More than one indictment or information is filed or pending against the same defendant or defendants.

✓ (2) Prosecution against different defendants arises from:

    \_\_\_\_\_ (a) A common wiretap

    \_\_\_\_\_ (b) A common search warrant

    ✓ (c) Activities that are part of the same alleged criminal event or transaction; that is, the cases involved substantially the same facts and the same questions of law.

DATED: 8/2/18.

ADAM L. BRAVERMAN
United States Attorney