**Jason T. Conforti (Cal. Bar No. 265627)**
LAW OFFICE OF JASON T. CONFORTI
550 West "C" Street, Suite 790
San Diego, California 92101
Telephone:  (619) 274-8036
Fax:             (619) 231-2002
Email:          Jason@conforti-turner.com

Attorney for Defendant:
**Vincent Tarney**

# United States District Court
## Southern District of California
### (Hon. Gonzalo P. Curriel)

| | |
|---|---|
| United States of America,  *Plaintiff*, v. Vincent Tarney,  *Defendant*. | Case No.  18 CR 3469-GPC  Joint Motion to Modify Conditions of Pre-Trial Release |

The defendant, Vincent Tarney, by his counsel, Jason T. Conforti, and the plaintiff, United States of America, by its counsel, Robert Ciaffa, Assistant United States Attorney, hereby jointly move this Court to modify the conditions of Pretrial Release as follows:

1) Condition 9 be modified to allow travel throughout the United States of America at the discretion of Pretrial Services in addition to the current travel restrictions.

1   This modification will allow Mr. Tarney to visit with family and vacation, as
2  well as, reside in New Jersey and travel to the Southern District of California for
3  necessary court appearances and meetings with counsel.
4  All other conditions to remain as set.
5   Said motion shall be based on the instant motion, the declaration of Jason T.
6  Conforti, and the files and records in this case.

7   Respectfully Submitted,

10  Executed on:  November 14, 2018      *s/ Jason T. Conforti*
11                                       Attorney for Defendant

13  Executed on:  November 14, 2018      *s/ Robert Ciaffa*
14                                       Assistant United States Attorney

16  Executed on:  November 14, 2018      *s/ Jessica Mara*
17                                       U.S. Pretrial Services Officer