**FILED**
JAN 08 2019
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                          DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 18CR3469-GPC |
| Plaintiff, | ORDER |
| V. | |
| Vincent Tarney, | |
| Defendant. | |

No objections having been filed, **IT IS ORDERED** that the Findings and Recommendation of the Magistrate Judge are adopted and this Court accepts Defendant's PLEA OF GUILTY to Counts(s) 1 of the Information.

Dated: 1/8/19

HON. GONZALO P. CURIEL
United States District Judge