Jason T. Conforti (Cal. Bar No. 265627)
LAW OFFICE OF JASON T. CONFORTI
550 West "C" Street, Suite 790
San Diego, California 92101
Telephone: (619) 274-8036
Fax:        (619) 231-2002
Email:     Jason@conforti-turner.com

Attorney for Defendant:
**Vincent Tarney**

## United States District Court

## Southern District of California

### (Hon. Gonzalo P. Curiel)

| | |
|---|---|
| United States of America,<br>    *Plaintiff,*<br><br>v.<br><br>Vincent Tarney,<br>    *Defendant.* | Case No. 18 CR 3469-GPC<br><br>Acknowledgment by Vincent Tarney of New Order to Appear<br><br>Judge: Hon. Gonzalo P. Curiel<br>Prior Date: June 21, 2019 at 8:30 a.m.<br>New Date: Oct. 25, 2019 at 8:30 a.m. |

    I, Vincent Tarney, the defendant in the above-captioned case, hereby acknowledge and agree that the Sentencing Hearing currently set for June 21, 2019, at 8:30 a.m. before Hon. Gonzalo P. Curiel, has been changed to ***October 25, 2019, at 8:30 a.m.*** before the Hon .Gonzalo P. Curiel.

    I hereby acknowledge the Court's Order to appear on October 25, 2019, at 8:30 a.m. before the Hon. Gonzalo P. Curiel. I understand that the terms and conditions of the Release Order and Surety Agreement will remain in effect until further Order.

Dated: 6/12/2019

                                                     Vincent Tarney