1  ROBERT S. BREWER, JR.
   United States Attorney
2  Melanie Pierson
   Special Assistant U.S. Attorney
3  California Bar No. 112520
   Office of the U.S. Attorney
4  880 Front Street, Room 6293
   San Diego, CA 92101
5  Tel: (619) 546-7976
   Fax: (619) 546-0450
6  Email: Melanie.Pierson@usdoj.gov

7  Attorneys for the United States

8              UNITED STATES DISTRICT COURT

9              SOUTHERN DISTRICT OF CALIFORNIA

10 | UNITED STATES OF AMERICA | Case No. 18CR03469-GPC
11 |          Plaintiff,      | NOTICE OF APPEARANCE
12 |             v.           |
13 | Vincent Tarney,          |
14 |          Defendant.      |

16 TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

17    I, the undersigned attorney, enter my appearance as lead counsel for the
18 United States in the above-captioned case.  I certify that I am admitted to practice in
19 this court or authorized to practice under CivLR 83.3.c.3-4.

20    The following government attorneys (who are admitted to practice in this court
21 or authorized to practice under CivLR 83.3.c.3-4) are also associated with this case,
22 should be listed as lead counsel for CM/ECF purposes, and should receive all Notices
23 of Electronic Filings relating to activity in this case:

24           Name
25           Sabrina Feve.

|   |   |
|---|---|
| 1 | Effective this date, <u>the following attorneys are no longer associated with this</u> |
| 2 | <u>case</u> and should <u>not</u> receive any further Notices of Electronic Filings relating to activity |
| 3 | in this case (if the generic "U.S. Attorney CR" is still listed as active in this case in |
| 4 | CM/ECF, please terminate this association): |

<u>Name</u>

Robert Ciaffa .

Please feel free to call me if you have any questions about this notice. DATED: September 14, 2020.

ROBERT S. BREWER, JR.
United States Attorney

*s/ Melanie Pierson*
Melanie Pierson
Special Assistant U.S. Attorney